# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ana Cliva Hernandez Mondragon,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv89

United States of America , et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 2, 2012 Order.

                                               Signed: March 2, 2012

                                               *[signature: Frank G. Johns]*

                                               Frank G. Johns, Clerk
                                               United States District Court